UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:17-CR-00409-FL-1

UNITED STATES OF AMERICA

v.                                                              ORDER

GRACIELA ELORZA BARRERA

THIS CAUSE came on to be heard and was heard upon the Defendant's Motion to Seal the Motion to Continue Sentencing, which is docket entry number 37. The Court is of the opinion that this motion and its corresponding Order should be filed under seal in the interest of justice.

IT IS, THEREFORE ORDERED that the requested documents to be sealed and be filed under seal.

This the __20th__ day of __July_____, 2018.

_____
THE HONORABLE LOUISE WOOD FLANAGAN
UNITED STATES DISTRICT COURT JUDGE